# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.D.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br>W.Z. JENKINS II,<br>DOES 1-20,<br><br>　　　　Defendants. | Case No. 4:26-cv-1476<br><br>[PROPOSED] ORDER ALLOWING PLAINTIFF TO PROCEED ANONYMOUSLY |

　　Plaintiff L.D., having made a motion to proceed anonymously in this case, using her initials, and good cause appearing therefore, it is hereby ordered that she may proceed in that manner and that all references by the parties to the Plaintiff on the record shall be consistent with this order – that is, Plaintiff's name shall not be contained or used in any publicly-filed document or hearing.

　　**IT IS SO ORDERED.**

Date: February 24, 2026

_____
Thomas S. Hixson
United States Magistrate Judge